# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL NO.: 4:17-CR-116-MPM-JMV-1** |
| **ANDY JONES** | **DEFENDANT** |

## ORDER DENYING BOND

This matter came before the court on Defendant's Motion for Bond, Docket [53]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshal pending the Final Revocation Proceedings before the United States District Judge.

SO ORDERED, this the 14th day of September, 2020.

    /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE